UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GUSTAVO JIMINEZ, ALBERTO URBINA & GUSTAVO CABALLERO, Plaintiffs § § § § | |
| v. § | CAUSE NO. 4:18-cv-42 |
| § 3 BARS W LLC & GARY ALLEN SAUER § § Defendants § | |

# DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant 3 BARS W LLC (hereinafter referred to as "Removing Defendant") hereby gives notice and removes this case to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

1. Plaintiffs GUSTAVO JIMINEZ, ALBERTO URBINA and GUSTAVO CABALLERO (hereinafter "Plaintiffs"), commenced this action by filing Plaintiffs' Original Petition (hereinafter referred to as the "Original Petition") on December 8, 2017 in the 506th Judicial District Court of Grimes County, Texas. The case was docketed as Cause No. 34337 and styled *Gustavo Jiminez, Alberto Urbina & Gustavo Caballero v. 3 Bars W LLC & Gary Allen Sauer*. Copies of the documents that have been filed in the state court file and served on Removing Defendant, including, Plaintiffs' Original Petition and Request for Disclosure and Citation, are attached hereto as Exhibit "A".

2. Without admitting any facts alleged in Plaintiffs' Original Petition or that Plaintiffs' Original Petition states any claim for relief, Plaintiffs purport to bring claims for negligence, gross negligence, negligent entrustment, negligent hiring, training, supervision, retention and monitoring

in addition to seeking to impose liability on Removing Defendant under the doctrine of *respondeat superior*. (Plaintiffs' Original Petition, Sections VIII, IX, X, XI, XII, and XIII, Exhibit A.)

3. Removing Defendant is entitled to remove this action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because there is complete diversity of citizenship between the parties: Plaintiffs are residents of Austin, Travis County, Texas; Defendant 3 Bars W LLC is a Colorado for-profit limited liability company; and Defendant Gary Allen Sauer is a resident of the Fort Collins, Colorado.

4. Plaintiffs claim that the alleged negligence caused them to suffer injuries. (Plaintiffs' Original Petition, Paragraph XVI, Exhibit A.) In addition, Plaintiffs seek damages in excess of $1,000,000.00 (Plaintiffs' Original Petition, Sections I and II, Exhibit A.)

5. Plaintiffs assert that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

6. The Fifth Circuit has held that a removing party may establish jurisdiction by a preponderance of the evidence by demonstrating that it is "facially apparent" from the complaint that the claim likely exceeds $75,000.00. *Allen v. R.H. Oil & Gas Co.,* 63 F.3d 1326, 1335 (5th Cir. 1995). The removing party may also establish jurisdiction by setting forth facts that support the requisite finding that the amount in controversy exceeds $75,000.00. *Id.* A district court must first examine the complaint to determine whether it is "facially apparent" that the claims exceed the jurisdictional amount. *White v. FCI USA, Inc.,* 319 F.3d 672, 675 (5th Cir. 2003). If it is not facially apparent, the court may rely on "summary judgment-type" evidence to ascertain the amount in controversy. *Id.* "Remand is proper only if the plaintiff has shown it is 'legally certain that his recovery will not exceed the amount stated in the state complaint.'" *In Re Exxon Chemical Fire,*

558 F.3d 378, 387 (5th Cir. 2009) (citing *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1412 (5th Cir. 1995)).

7. Based on the foregoing allegations and in light of the damages that are being sought in Plaintiffs' Original Petition, the amount in controversy clearly exceeds the sum of $75,000.00, exclusive of interest and costs. Thus, this Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and this matter may be removed to this Court pursuant to 28 U.S.C. § 1441.

8. Removal is timely. Defendant 3 Bars W LLC was served with the Summons and Plaintiffs' Original Petition on December 11, 2017. (Citation, Exhibit A.) Therefore, this removal petition is timely filed under 28 U.S.C. § 1446(b), because this removal petition has been filed within thirty (30) days of receipt of Plaintiffs' Original Petition by Removing Defendant and from when Removing Defendant could ascertain that the case was removable.

9. All defendants who have been properly joined and served in the above-referenced cause consent to the removal of this action in accordance with 28 U.S.C. § 1446(b)(2)(A).

10. Written notice of the filing of this Notice of Removal shall be filed with the 506th Judicial District Court of Grimes County, Texas and served on all parties pursuant to the provisions of 28 U.S.C. § 1446(d).

11. Venue is proper in the Southern District of Texas pursuant to 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this District.

12. Copies of all pleadings, process, orders, and other filings served on Removing Defendant in the state court suit are attached hereto as Exhibits A, as required by 28 U.S.C. § 1446(a).

13. Removing Defendant will demand a trial by jury in its Original Answer.

14. Removing Defendant reserves, without admission or waiver of any allegations and/or claims, all of its defenses to Plaintiffs' Original Petition. Nothing set forth herein shall be construed as a waiver or admission of any allegations or claims.

WHEREFORE, PREMISES CONSIDERED, Defendant 3 Bars W LLC respectfully removes the case pending against them in the 506th Judicial District Court of Grimes County, Texas to the United States District Court for the Southern District of Texas, Houston Division.

Respectfully submitted,

**BRENNIG & ASSOCIATES, P.C.**

By:   /s/ *Charles C. Brennig III*
CHARLES C. BRENNIG III
State Bar No. 00783719
Federal Admit No. 15325
5555 San Felipe Street, Suite 610.
Houston, TX  77056
Telephone: (713) 622-5900
Facsimile: (713) 622-5910
**ATTORNEY FOR DEFENDANT**
**3 Bars W LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the January 8, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filings to all counsel of record.

Parker P. Polan
parker@brigglepolan.com

C. Ashley Callahan
acallahan@callahanlawoffices.com

/s/ *Charles C. Brennig III*
CHARLES C. BRENNIG III